### 5195.  SOUTHERN RAILWAY COMPANY v. ADAMS.

POTTLE, J.  1. The direct exception to the direction of the verdict in the plaintiff's favor was not made within the time required by law.  Civil Code, § 6152.

2. A motion for a new trial based solely upon the general grounds, that the verdict is contrary to law and evidence, raises only the question whether there was any evidence to authorize the verdict.  The fact that this verdict may have been returned by direction of the court does not alter the rule.  Under such an assignment of error the court can not determine whether this directed verdict was error; for there may have been some evidence which supported the verdict.  *Moody* v. *Southern Railway Co.*, 14 *Ga. App.* 258 (80 S. E. 911).

3. There being some evidence to authorize the verdict in the plaintiff's favor, the discretion of the trial judge in overruling the motion for new trial will not be disturbed.  There being some evidence which would warrant a finding that the railway company wrongfully refused to deliver to the plaintiff the car of coal for the value of which the suit was brought, and wrongfully converted the coal to its own use, the plaintiff could waive the tort and sue on an implied promise to pay for the coal.  While the evidence does not clearly show the value of the coal, the suit was on open account for the value, and the plaintiff testified that the account sued on was correct.  This testimony, together with the other evidence in the case, was sufficient to make out a prima facie case for the plaintiff.                     *Judgment affirmed.*

DECIDED JANUARY 20, 1914.  REHEARING DENIED FEBRUARY 4, 1914.

Appeal; from Hall superior court—Judge J. B. Jones.  August 2, 1913.

*C. R. Faulkner, Adams & Quillian,* for plaintiff in error.
*A. C. Wheeler,* contra.